UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

CARLOS MARTINEZ,

    *Defendant.*

-----------------------------------------------------------------X

~~PROPOSED~~ ORDER

25 CR. 91-21 (VLB)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-8-25
```

WHEREAS, the Court and the parties seek to ensure that the ~~Defendant, Carlos Martinez,~~ has meaningful access to review discovery and prepare for all stages of the trial while detained at the Westchester County Jail, Valhalla, NY; and

WHEREAS, the Court seeks to ensure that such access does not jeopardize the security and operational interests of the Westchester County Jail.

IT IS HEREBY ORDERED THAT:

1. Counsel is authorized to procure a laptop computer and any necessary hard drives that may be required to provide the defendant with access to the discovery for purposes of discovery review and preparation for all stages of the trial. Counsel shall provide the computer to a designated vendor, to ensure that the computer's wireless capabilities are disabled (i.e., "air-gapped") in a manner acceptable to the Westchester County Jail;

2. Counsel (or a designated vendor) shall provide the computer, and any necessary external hard drives, to the Government, with the computer, and hard drives, clearly marked with the Defendant's name;

3. The Government shall save the discovery (subject to the same terms of any existing Protective Order) onto the computer, or alternatively a hard drive, to provide the Defendant with

access to the discovery;

4. The Government shall confirm that the discovery is viewable on the computer prior to sending it to the Westchester County Jail;

5. Once the discovery is saved on the computer or hard drive, the Government shall send the computer to an Officer designed by the Westchester County Jail to receive the device. That designated Officer shall keep the computer and charging wire in an office or location acceptable to the Westchester County Jail.

6. The Defendant will be allowed to access the computer and hard drives on a temporary basis and at times approved by prison personnel. This review will take place in the Defendant's unit or at another location designed by the Westchester County Jail. The Defendant should be afforded the ability to review the discovery and use the computer for several hours a day to the extent consistent with the rules, regulations and policies of the Westchester County Jail;

7. After he is finished using the computer for any given day, the Defendant shall return the computer to the designated Officer;

8. The defendant will use the computer for the sole purpose of reviewing the discovery and preparing for his trial, and will not share the computer or materials loaded onto the computer with other inmates or any individual not assigned to work on the case. Nor will the defendant access or attempt to access the internet.

9. This Court will revisit this Order and the Defendant's access to the computer if it appears that he is not abiding by this Order;

10. No later than the conclusion of the proceedings against the Defendant, the Westchester County Jail shall return the computer to his counsel

Dated: White Plains, NY
October 8, 2025

SO ORDERED

Hon. Vincent L. Briccetti
United States District Court
Southern District of New York