UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
UNITED STATES OF AMERICA,         :

                            :         **ORDER**

v.                       :

                            :         S2 25 CR 91-2 (VB)

CARLOS MARTINEZ,             :

                Defendant.   :
-----------------------------------------------------x

For the reasons set forth on the record at a conference held today, (i) Jason Goldman, Esq., was relieved as defendant Carlos Martinez's attorney, (ii) the Court granted defendant's request for appointment of counsel, and (iii) Daniel A. Hochheiser, Esq., was appointed pursuant to the Criminal Justice Act as defendant's attorney.

Mr. Hochheiser is respectfully requested to file his notice of appearance as soon as possible.

The Clerk is instructed to terminate Jason Goldman, Esq., as defendant Martinez's attorney.

Dated: February 25, 2026
       White Plains, NY

                       SO ORDERED:

                       Vincent L. Briccetti
                       United States District Judge