UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x

UNITED STATES OF AMERICA,

**ORDER**

**25 CR 91-2 (VB)**

-against-

CARLOS MARTINEZ,

Defendant.

---------------------------------------------------------------------- x

**WHEREAS**, the Court and the parties seek to ensure that the Defendant, Carlos Martinez (USM# 69575-054) has continued meaningful access to review discovery and prepare for all stages of the his case, while detained at the Metropolitan Detention Center, 80 29th Street, Brooklyn, NY 11232 ("MDC"), in light of his transfer in June 2026 from the Westchester County Jail, 10 Woods Road, Valhalla, NY 10595 to MDC; and

**WHEREAS**, the Court seeks to ensure that such access does not jeopardize the security and operational interests of the Metropolitan Detention Center.

**IT IS HEREBY ORDERED THAT**:

1. The previous laptop provided to Defendant while at Westchester County Jail, be transferred by the United States Attorney's Office, Southern District of New York, to the MDC to ensure Defendant has access to discovery.

2. The Government shall confirm that the discovery is viewable on the computer prior to sending it to the Metropolitan Detention Center;

3. Once the discovery is saved on the computer or hard drive, the Government shall send the computer to an Officer designated by MDC to receive the device. That designated Officer shall keep the computer, charging wire, and hard drives, in an office or

location acceptable to the MDC.

4. The Defendant will be allowed to access the computer and hard drives on a temporary basis and at times approved by prison personnel. This review will take place in the Defendant's unit or at another location designated by the MDC. The Defendant should be afforded the ability to review the discovery and use the computer for several hours a day to the extent consistent with the rules, regulations and policies of the MDC;

5. After he is finished using the computer for any given day, the Defendant shall return the computer to the designated Officer;

6. The Defendant will use the computer for the sole purpose of reviewing the discovery and preparing his defense for trial, and will not share the computer or materials loaded onto the computer with other inmates or any individual not assigned to work on the case. Nor will the defendant access or attempt to access the internet.

7. This Court will revisit this Order and the Defendant's access to the computer if it appears that he is not abiding by this Order;

8. No later than the conclusion of the proceedings against the Defendant, the MDC shall return the computer to his counsel.

Dated: White Plains, New York
July 7, 2026

SO ORDERED:

Hon. Vincent L. Briccetti
U.S. District Judge